*Stallings & Orr,* for plaintiff in error.
*W. C. Wright, solicitor,* contra.

---

## DUKES v. THE STATE.

LEWIS, J. The verdict was supported by the evidence, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted January 17. — Decided January 19, 1898.

. Indictment for adultery. Before Judge Freeman. City court of Newnan. October term, 1897.

*Stallings & Orr*, for plaintiff in error.
*W. C. Wright, solicitor,* contra.·